No. 6,670.—AMELIA FERGUS SMITH, APPELLANT, *v.* WILTON R. WISE, RESPONDENT.

Decided May 20, 1930.

PER CURIAM.—Pursuant to stipulation of counsel, it is ordered that the appeal in this cause be, and the same is hereby dismissed, each party to pay her or his own costs.

*Mr. Ralph J. Anderson,* for Appellant.

*Mr. E. K. Cheadle,* for Respondent.